IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CESAR GALLARDO DELGADO,

    Petitioner,

v.   Case No. 2:25-cv-03135-MSN-atc

KRISTI NOEM, SECRETARY OF HOMELAND
SECURITY, PAMELA BONDI, U.S. ATTORNEY
GENERAL, TODD M. LYONS, ACTING DIRECTOR
OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
BRIAN ACUNA, ACTING FIELD OFFICE DIRECTOR
IN TENNESSEE, AND TRINITY MINTER, WARDEN
OF THE WESTERN TENNESSEE DETENTION
FACILITY,

    Respondents.

## ORDER DIRECTING CLERK TO MODIFY DOCKET, ORDERING PETITIONER TO SERVE PETITION, AND ORDERING RESPONDENT TO SHOW CAUSE

Petitioner Cesar Gallardo Delgado, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Mellissa B. Harper, the New Orleans Field Office[1] Director for ICE Enforcement and Removal

---

[1] The address for the New Orleans Field Office of ICE's Enforcement and Removal Operations is 181 James Drive W, St. Rose, LA 70087. *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Jan. 12, 2026), archived at https://perma.cc/8DG8-TK9L.

Operations.² The Clerk is **DIRECTED** to add Mellissa Harper as Respondent and to terminate Kristi Noem, Pamela Bondi, Todd M. Lyons, Brian Acuna, and Trinity Minter as Respondents.

Petitioner is **ORDERED** to provide immediate service of the Petition and this Order to the United States Attorney for the Western District of Tennessee electronically at stuart.canale@usdoj.gov. Respondent is **ORDERED** to show cause within **14 days** of such electronic service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service. If Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply. If the Court finds that a hearing is necessary, a date will be set by separate order. *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 12th day of January, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

² *See* Immigration and Customs Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Jan. 12, 2025), archived at https://perma.cc/FF95-9K6P.